AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gilliam Jr., Haywood S. | 2. Court or Organization  U.S. District Court, Northern District of California | 3. Date of Report  05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge, Active Status | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

| 7. Chambers or Office Address  450 Golden Gate Avenue  San Francisco, CA 94102 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Wiley Manuel Law Foundation (resigned April 2016) |
| 2. | Board Member | Vincent Academy/Partners in Oakland Education (resigned May 2015) |
| 3. | Trustee | Trust #1 |
| 4. | Board President | Northern District of California Practice Program |
| 5. | Board of Governors Member | Association of Business Trial Lawyers Northern California Chapter |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/18/2014 | Separation agreement with Covington & Burling providing for payment of deferred compensation and return of paid-in capital |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2015 | Deferred partnership compensation from Covington & Burling | $185,560.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | San Francisco Superior Court salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Criminal Defense Lawyers | June 18-19, 2015 | San Diego, CA | Speaker on panel at 6th Annual West Coast White Collar Conference | Transportation, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Tier REIT I (formerly Behringer Harvard REIT I) | A | Dividend | J | T | | | | | |
| 2. | Security Benefit Life Total Value Annuity | A | Interest | L | T | | | | | |
| 3. | Covington & Burling Capital Account (Y) | | | | | | | | | |
| 4. | Covington & Burling Defined Benefit Plan (Y) | | | | | | | | | |
| 5. | IRA #1 | D | Dividend | N | T | | | | | |
| 6. | -Ace Limited Stock (X) | | | | | Buy | 11/12/15 | J | | |
| 7. | -Automatic Data Processing Stock | | | | | Buy (add'l) | 11/12/15 | J | | |
| 8. | -Bank of the Ozarks Stock | | | | | Buy (add'l) | 03/06/15 | J | | |
| 9. | | | | | | Sold (part) | 08/26/15 | J | B | |
| 10. | -Canadian National Railway Stock | | | | | Buy (add'l) | 03/03/15 | J | | |
| 11. | -Cardinal Health Stock | | | | | Buy (add'l) | 06/10/15 | J | | |
| 12. | | | | | | Buy (add'l) | 11/17/15 | J | | |
| 13. | -Church & Dwight Stock | | | | | Buy (add'l) | 06/18/15 | J | | |
| 14. | | | | | | Buy (add'l) | 11/12/15 | J | | |
| 15. | -CVS Stock (X) | | | | | Sold | 02/11/15 | J | B | |
| 16. | -Ecolab Stock | | | | | | | | | |
| 17. | -EOG Resources Stock | | | | | Buy (add'l) | 03/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Energy Transfer Partners LP | | | | | Sold (part) | 03/05/15 | J | A | |
| 19. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 20. -Enterprise Products Partners LP | | | | | Buy (add'l) | 03/03/15 | J | | |
| 21. -Factset Research Systems Stock | | | | | | | | | |
| 22. -Grainger Stock | | | | | Sold | 02/11/15 | J | | |
| 23. -Harris Corporation Stock | | | | | Buy (add'l) | 11/12/15 | J | | |
| 24. -HCC Holdings Stock | | | | | Buy (add'l) | 02/23/15 | J | | |
| 25. | | | | | Sold | 10/28/15 | J | C | |
| 26. -Hormel Foods Stock | | | | | Buy (add'l) | 06/18/15 | J | | |
| 27. -IBM Stock | | | | | Sold | 01/21/15 | J | | |
| 28. -Lowes Stock | | | | | Sold | 02/19/15 | J | B | |
| 29. -Magellan Midstream Partners LP Stock | | | | | | | | | |
| 30. -Nestle Stock (X) | | | | | Buy | 02/20/15 | J | | |
| 31. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 32. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 33. -Novo Nordisk Stock (X) | | | | | Buy (add'l) | 11/12/15 | J | | |
| 34. -Nike Stock | | | | | Buy (add'l) | 02/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 36. | | | | | Sold | 08/21/15 | J | B | |
| 37. -ONEOK Partners LP Stock | | | | | Sold | 04/22/15 | J | | |
| 38. -Parker Hannifin Corporation Stock | | | | | Buy (add'l) | 02/20/15 | J | | |
| 39. | | | | | Buy (add'l) | 02/26/15 | J | | |
| 40. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 41. -Pepsico Stock | | | | | Sold | 02/19/15 | J | A | |
| 42. -Perrigo Stock | | | | | Buy (add'l) | 02/20/15 | J | | |
| 43. | | | | | Sold | 04/16/15 | J | B | |
| 44. -Plains All American Pipeline LP Stock | | | | | Buy (add'l) | 06/05/15 | J | | |
| 45. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 46. -Polaris Industries Stock | | | | | Buy (add'l) | 06/19/15 | J | | |
| 47. -Praxair Stock | | | | | Sold | 07/10/15 | J | | |
| 48. -Qualcomm Stock (X) | | | | | Buy (add'l) | 02/26/15 | J | | |
| 49. -Roche Holdings Stock | | | | | Buy (add'l) | 02/20/15 | J | | |
| 50. | | | | | Buy (add'l) | 02/26/15 | J | | |
| 51. -Roper Industries Stock | | | | | Buy (add'l) | 06/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Sherwin Williams Stock | | | | | | | | | |
| 53. -Suncor Energy Stock (X, Y) | | | | | Sold | 08/21/15 | J | | |
| 54. -Sunoco Logistics Partners Stock | | | | | | | | | |
| 55. -T. Rowe Price Group Stock | | | | | Buy (add'l) | 02/20/15 | J | | |
| 56. | | | | | Buy (add'l) | 02/23/15 | J | | |
| 57. | | | | | Buy (add'l) | 02/26/15 | J | | |
| 58. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 59. -Tiffany & Company Stock | | | | | Buy (add'l) | 02/20/15 | J | | |
| 60. | | | | | Buy (add'l) | 02/23/15 | J | | |
| 61. | | | | | Sold | 08/21/15 | J | | |
| 62. -TJX Stock | | | | | Buy (add'l) | 02/23/15 | J | | |
| 63. | | | | | Buy (add'l) | 02/26/15 | J | | |
| 64. -United Technologies Corporation Stock | | | | | Sold | 08/21/15 | J | | |
| 65. -Valspar Corporation Stock | | | | | Buy (add'l) | 02/26/15 | J | | |
| 66. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 67. -VF Corporation Stock | | | | | Buy (add'l) | 03/03/15 | J | | |
| 68. | | | | | Buy (add'l) | 06/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 70.  IRA # 2 | A | Interest | J | T | | | | | |
| 71.  IRA # 3 | D | Dividend | N | T | | | | | |
| 72.  -BlackRock Capital Investment Bonds (X) | | | | | Buy | 04/23/15 | J | | |
| 73.  -M/I Homes Bonds (X) | | | | | Buy | 04/13/15 | J | | |
| 74.  -Redwood Trust Convertible Notes (X) | | | | | Buy | 03/06/15 | J | | |
| 75.  -Broadsoft Bonds (X) | | | | | Buy | 05/05/15 | J | | |
| 76.  -Chart Industries Bonds (X) | | | | | Buy | 04/09/15 | J | | |
| 77.  -Blackstone Mortgage Trust Bonds (X) | | | | | Buy | 03/09/15 | J | | |
| 78.  -Ares Capital Corporation Bonds (X) | | | | | Buy | 03/13/15 | J | | |
| 79.  -KB Home Bonds (X) | | | | | Buy | 04/23/15 | J | | |
| 80. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 81.  -Apollo Commercial Real Estate Bonds (X) | | | | | Buy | 03/09/15 | J | | |
| 82.  -Ryland Group Bonds (X) | | | | | Buy | 03/04/15 | J | | |
| 83.  -Renewable Energy Group Bonds (X) | | | | | Buy | 04/23/15 | J | | |
| 84. | | | | | Sold (part) | 06/03/15 | J | B | |
| 85.  -ANI Pharmaceuticals Bonds (X) | | | | | Buy | 05/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 87. -Resource Capital Corp. Bonds (X) | | | | | Buy | 03/10/15 | J | | |
| 88. -Forestar Group Bonds (X) | | | | | Buy | 05/05/15 | J | | |
| 89. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 90. | | | | | Sold (part) | 11/06/15 | J | | |
| 91. -Prospect Capital Corp. Bonds (X) | | | | | Buy | 04/23/15 | J | | |
| 92. -Echo Global Logistics Bonds (X) | | | | | Buy | 04/30/15 | J | | |
| 93. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 94. -PennyMac Bonds (X) | | | | | Buy | 03/06/15 | J | | |
| 95. -Encore Capital Group Bonds (X) | | | | | Buy | 03/16/15 | J | | |
| 96. -Portfolio Recovery Associates Bonds (X) | | | | | Buy | 03/13/15 | J | | |
| 97. -Sandisk Corporation Bonds (X) | | | | | Buy | 03/27/15 | J | | |
| 98. -TTM Technologies Bonds (X) | | | | | Buy | 03/26/15 | J | | |
| 99. -Colony Capital Bonds (X) | | | | | Buy | 03/09/15 | J | | |
| 100. -Emergent Biosolutions Bonds (X) | | | | | Buy | 03/10/15 | J | | |
| 101. -UBS AG Callable Exchangeable Securities 90270kaw9 (X) | | | | | Buy | 04/23/15 | J | | |
| 102. -Barclays Bank PLC Synthetic Convertible Notes 06741jv30 (X) | | | | | Buy | 05/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Barclays Bank PLC Synthetic Convertible Notes 06741jv89 (X) | | | | | Buy | 03/04/15 | J | | |
| 104. -Barclays Bank PLC Synthetic Convertible Notes 06741js59 (X) | | | | | Buy | 04/23/15 | J | | |
| 105. | | | | | Sold | 09/09/15 | J | | |
| 106. -Societe Generale Medium Term Notes (X) | | | | | Buy | 04/23/15 | J | | |
| 107. -Atlas Air Bonds (X) | | | | | Buy | 09/09/15 | J | | |
| 108. -Seacor Holdings Bonds (X) | | | | | Buy | 03/04/15 | J | | |
| 109. -j2 Global Bonds (X) | | | | | Buy | 03/17/15 | J | | |
| 110. -Helix Energy Solutions Group Bonds (X) | | | | | Buy | 03/04/15 | J | | |
| 111. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 112. -Finisar Corp. Bonds (X) | | | | | Buy | 03/09/15 | J | | |
| 113. IRA # 4 | | | | | | | | | |
| 114. -AQR Managed Futures Strategy Fund (X) | | | | | Buy | 10/01/15 | J | | |
| 115. -Alger Capital Appreciation Institutional Fund Class I (X) | | | | | Buy | 12/23/15 | J | | |
| 116. -Alliance Bernstein High Income Fund Advisor Class | | | | | Sold | 09/30/15 | J | | |
| 117. -American Century Value Vund Investor Class | | | | | Sold | 05/05/15 | J | A | |
| 118. -BlackRock Multi-Asset Income Fund | | | | | Sold | 09/30/15 | J | | |
| 119. -Calamos Global Convertible Fund Class I (X) | | | | | Buy | 12/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Calamos Convertible Fund Class A (X) | | | | | Buy | 09/30/15 | J | | |
| 121. | | | | | Sold | 12/23/15 | J | | |
| 122. -Calamos Market Neutral Income Fund Class A | | | | | Sold | 05/05/15 | J | A | |
| 123. -Deutsche X-Trackers MSCI EAFE Equity ETF (X) | | | | | | | | | |
| 124. -Federated Strategic Value Dividend Fund (X) | | | | | Buy | 10/13/15 | J | | |
| 125. -Goldman Sachs Rising Dividend Growth Fund Institutional | | | | | Sold (part) | 05/05/15 | J | A | |
| 126. | | | | | Sold | 09/30/15 | J | A | |
| 127. -Goldman Sachs Strategic Income Fund Class I | | | | | Sold | 05/05/15 | J | | |
| 128. -Ivy International Core Equity Fund Class A (X) | | | | | Buy | 10/13/15 | J | | |
| 129. -John Hancock Bond Fund Class I (X) | | | | | Buy | 05/05/15 | J | | |
| 130. | | | | | Sold | 09/30/15 | J | | |
| 131. -John Hancock Disciplined Value Fund Class A (X) | | | | | Buy | 12/23/15 | J | | |
| 132. -John Hancock Global Absolute Return Strategies Class A (X) | | | | | Buy | 05/05/15 | J | | |
| 133. | | | | | Sold | 09/30/15 | J | | |
| 134. -Oakmark Global Fund | | | | | Sold | 09/30/15 | J | | |
| 135. -Oppenheimer Discovery Fund Class Y | | | | | Sold | 09/30/15 | J | A | |
| 136. -Oppenheimer Senior Floating Rate Fund Class Y (X) | | | | | Buy | 09/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Oppenheimer SteelPath MLP Alpha Class Y (X) | | | | | | | | | |
| 138. -iShares TR TIPS BD ETF (X) | | | | | | | | | |
| 139. -iShares TR iBoxx USD Investment Grade Corporate Bond ETF (X) | | | | | | | | | |
| 140. -iShares TR Barclays 7-10 Year Treasury Bond ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 141. -iShares TR Barclays 1-3 Year Treasury Bond ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 142. -iShares TR International Treasury Bond ETF (X) | | | | | Buy | 12/13/15 | J | | |
| 143. -iShares Global Tech ETF (X) | | | | | Buy | 05/07/15 | J | | |
| 144. | | | | | Sold | 09/30/15 | J | | |
| 145. -iShares TR MSCI ACWI ETF (X) | | | | | | | | | |
| 146. -iShares TR MBS ETF (X) | | | | | | | | | |
| 147. -iShares TR 1-3 Year Credit Bond ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 148. -iShares TR MSCI EAFE Minimum Volatility ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 149. -iShares Morningstar Small Cap Value ETF (X)(Y) | | | | | | | | | |
| 150. -Lord Abbett Bond Debenture Fund Class F | | | | | Sold | 09/30/15 | J | | |
| 151. -Lord Abbett Short Duration Income Fund Class F | | | | | Sold | 09/30/15 | J | | |
| 152. -Matthews Asia Dividend Fund Investor Class | | | | | Sold | 09/30/15 | J | A | |
| 153. -Neuberger Berman Long Short Fund Institutional Class (X) | | | | | Buy | 05/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 09/30/15 | J | | |
| 155. -PowerShares DWA Momentum Portfolio ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 156. -PowerShares DWA Developed Markets Momentum Portfolio (X)(Y) | | | | | | | | | |
| 157. -PowerShares FTSE RAFI US 100 Porfolio Fund (X) | | | | | Buy | 09/30/15 | J | | |
| 158. | | | | | Sold | 12/23/15 | J | | |
| 159. -PowerShares S&P 500 Low Volatility Portfolio ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 160. -Putnam Equity Income Fund | | | | | Sold | 09/30/15 | J | A | |
| 161. -SPDR S&P 500 ETF (X) | | | | | | | | | |
| 162. -SPDR Health Care Select Sector ETF (X) | | | | | | | | | |
| 163. -SPDR Energy Select Sector ETF (X) | | | | | | | | | |
| 164. -SPDR Technology Select Sector ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 165. -Templeton Global Bond Advantage Fund (X) | | | | | Buy | 09/30/15 | J | | |
| 166. -Thornburg Limited Term Income Fund Class I (X) | | | | | Sold | 12/23/15 | J | A | |
| 167. -Vanguard Growth ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 168. | | | | | Sold | 12/23/15 | J | A | |
| 169. -Vanguard Malvern Short-Term Inflation Protected Securities ETF (X) | | | | | Buy | 05/07/15 | J | | |
| 170. | | | | | Sold (part) | 09/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Vanguard International Equity Index Pacific ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 172. -Vanguard International Equity Index Europe ETF (X) | | | | | Buy | 12/23/15 | J | | |
| 173. -Vanguard REIT ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 174. -Vanguard Small-Cap ETF (X) | | | | | | | | | |
| 175. -Vanguard Mega Cap ETF | | | | | Sold (part) | 05/07/15 | J | A | |
| 176. | | | | | Sold | 09/30/15 | J | A | |
| 177. -Wells Fargo Advantage Premier Large Company Growth Fund | | | | | Sold | 05/05/15 | J | A | |
| 178. -WisdomTree Europe Hedged Equity ETF (X)(Y) | | | | | | | | | |
| 179. -WisdomTree Japan Hedged Equity ETF (X) | | | | | Buy | 05/14/15 | J | | |
| 180. | | | | | Sold (part) | 08/28/15 | J | | |
| 181. -WisdomTree Large Cap Dividend ETF (X) | | | | | Buy | 09/30/15 | J | | |
| 182. | | | | | Sold | 12/23/15 | J | A | |
| 183. Brokerage Account #1 | | | | | | | | | |
| 184. -Gamco Global Gold, Natural Resources and Income Trust (X) | A | Dividend | J | T | | | | | |
| 185. -iShares S&P Global Energy Sector ETF (Y) | | | | | | | | | |
| 186. American Funds College 2018 Fund -- 529 | C | Dividend | M | T | | | | | |
| 187. Schwab Managed Retirement Trust Income Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Citibank cash accounts | A | Interest | M | T | | | | | |
| 189.  Chase cash accounts | A | Interest | J | T | | | | | |
| 190.  Trust #1 | | | | | | | | | |
| 191.  ▓▓▓▓▓▓▓ (Oakland, CA) | | None | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 4, line 3 - Covington & Burling capital account funds were returned to me after my resignation from the firm.

Part VII, page 4, line 4 - Covington & Burling Defined Benefit Plan funds were rolled over into IRA #3.

Part VII, page 4, line 15 - CVS stock initially purchased in 2014 after submission of my nomination report.

Part VII, page 6, line 48 - Qualcomm stock initially purchased in 2014 after submission of my nomination report.

Part VII, page 7, line 53 - Suncor Energy stock initially purchased in 2014 after submission of my nomination report.

Part VII, page 8, line 70 - IRA #2 holdings transferred to new Roth IRA #4.

Part VII, page 9, line 101 - Exchangeable securities are linked to the performance of Google common stock.

Part VII, page 9, line 102 - Convertible notes are linked to the performance of International Paper Company common stock.

Part VII, page 10, line 103 - Convertible notes are linked to the performance of General Electric common stock.

Part VII, page 10, line 104 - Convertible notes are linked to the performance of Freeport-McMoRan Copper & Gold Inc. common stock.

Part VII, page 14, line 184 - Gamco Global Gold, Natural Resources and Income Trust fund initially purchased in 2014 after submission of my nomination report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Haywood S. Gilliam Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544